AUSA  Susan Fairchild (313) 226-9577
Special Agent  Emma Preston (313) 878-5281

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
    v.

Edgar LOPEZ ARROYO

Case No. 
Case: 2:25−mj−30643
Assigned To : Unassigned
Assign. Date : 10/15/2025
Description: CMP USA V. LOPEZ
ARROYO (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 14, 2025 _____ in the county of _____ St. Clair _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Emma L. Preston CBPO(E)
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ October 15, 2025 _____

_____
Judge's signature

City and state: Detroit, MI

Kimberly Altman, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

I, Emma L. Preston, being duly sworn, depose and state:

1. I am employed by the United States Department of Homeland Security, U.S. Customs and Border Protection (CBP), as a Customs and Border Protection Enforcement Officer at the Blue Water Bridge in Port Huron, Michigan. I have been employed with CBP for 23 years. I have participated in numerous administrative and criminal cases involving illegal aliens. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, criminal analysts, and witnesses.

2. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all my knowledge about this matter. I have also reviewed material from the official immigration file and system automated data relating to Edgar LOPEZ ARROYO, which attests to the following.

3. Edgar LOPEZ ARROYO is a forty-one-old male, native and citizen of Mexico, who claims to have last entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4. On or about February 13, 2009, LOPEZ ARROYO was encountered, by U.S Border Patrol in Detroit, Michigan and was issued a Notice to Appear (Form I-862). LOPEZ ARROYO was granted a voluntary departure by the Immigration Judge. He departed the United States and returned to Mexico on August 19, 2009.

5. On or about July 27, 2010, LOPEZ ARROYO was encountered by U.S Border Patrol in McAllen, Texas. LOPEZ ARROYO was charged with a violation of Title 8, U.S.C. §1325 Improper Entry by alien and sentenced to time served. LOPEZ ARROYO was subsequently given a voluntary return and returned to Mexico on July 29, 2010.

6. On or about August 16, 2010, LOPEZ ARROYO was encountered by U.S Border Patrol in Hidalgo, Texas. LOPEZ ARROYO requested and was given a voluntary return. He returned to Mexico on August 16, 2010.

7. On or about December 14, 2010, LOPEZ ARROYO was given a Notice to Appear by Enforcement Removal Operations in Detroit, Michigan.  On January 4, 2011, an Immigration Judge in Detroit issued a final order of deportation. LOPEZ ARROYO departed the United States and was returned to Mexico on January 11, 2011.

8. On or about June 13, 2023, LOPEZ ARROYO was encountered by U.S. Border Patrol (Marysville Station) in Sanilac County, Michigan and was processed for Reinstatement of Prior Order (Form I-871).  LOPEZ ARROYO was removed from the United States and was removed to Mexico on June 20, 2023.

9. On October 14, 2025, LOPEZ ARROYO was encountered at the Blue Water Bridge in Port Huron, after the truck in which he was traveling made a wrong turn.  LOPEZ ARROYO exited the truck and began to walk away, to a nearby construction area.  He removed his black hooded sweatshirt which revealed a green safety shirt, in an attempt to hide himself among the other construction workers and avoid detection by the immigration agents.  LOPEZ ARROYO was eventually apprehended by the U.S. Customs and Border Protection Officers.

10. LOPEZ ARROYO was fingerprinted through law enforcement databases and found to have an Alien Number from previous encounters detailed below.

11. During a post-encounter interview, LOPEZ ARROYO confirmed and admitted not having legal status or permission by the Secretary of Homeland Security to be present in the United States. LOPEZ ARROYO was processed for reinstatement of prior order of removal (I-871).

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Review of records from the alien file assigned to LOPEZ ARROYO and queries in the U.S. Department of Homeland Security databases confirm that no record exists of LOPEZ ARROYO obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply

for admission to the United States following his removal on or about June 20, 2023.

14. LOPEZ ARROYO's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS).  The results revealed that LOPEZ ARROYO is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that LOPEZ ARROYO legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

15. Based on the above information, there is probable cause to believe that on or about October 14, 2025, at or near St. Clair County, MI, in the Eastern District of Michigan, Southern Division, LOPEZ ARROYO, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported and removed therefrom on or about June 20, 2023, and not having obtained  the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8 U.S.C. §1326(a).

Emma L. Preston
CBP Officer
U.S. Customs and Border Protection


Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable Kimberly Altman
United States Magistrate Judge

October 15, 2025